■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JOHN D. BAYNES, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Copertino, J.), both rendered December 3, 1984, convicting him of attempted burglary in the second degree under indictment No. 643/84 and attempted burglary in the second degree under indictment No. 829/84, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

The defendant's challenge to the constitutionality of Penal Law § 70.25 (2-b) is without merit (see, People v Cusick, 119 AD2d 830). Criminal Term properly imposed the mandatory surcharge on each judgment (see, Penal Law § 60.35 [1]). Gibbons, J. P., Weinstein, Lawrence and Eiber, JJ., concur.